FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 3:50 pm, May 27, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:20-cr-21 |
| DAVID NEEDOM, | |
| Defendant. | |

**O R D E R**

On May 26, 2020, counsel for Defendant filed a Notice to Counsel Response. Doc. 32. In that Notice, counsel for Defendant advised the Court that all pretrial motions filed in this case as to Defendant David Needom have been resolved. Accordingly, the Court **DENIES AS MOOT** all motions, docs. 22–27. The motions hearing scheduled for June 15, 2020 at 10:00 a.m., in the Brunswick Federal Courthouse is cancelled.

**SO ORDERED**, this 27th day of May, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA